UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTINA JOUNGSOON KIM, KNOWN AS MARIA J. KIM,<br><br>       Plaintiff,<br><br>   -against-<br><br>WILLIAM NORIS-MAN; SONYAY BRYANT, Money Reception; FRED IMMIGRATION OFFICER CP; DENNIS RAYMOND, Attorney,<br><br>       Defendants. | 21-CV-6645 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued September 17, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: September 17, 2021
    New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
              Chief United States District Judge